# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| BENSON MILTON, | § | |
| (SPN #1059322) | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-07-1711 |
| | § | |
| PEGGY PETTY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is stayed and administratively closed.

SIGNED on May 29, 2007, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge